JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY NGUYEN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, US DEPARTMENT OF JUSTICE and does 1-10, inclusive,,<br><br>    Defendants. | No. SA CV 15-00061 JVS (RNBx)<br><br>ORDER GRANTING MOTION TO DISMISS |

    The Federal Defendants' Motion to Dismiss along with the pleadings in opposition and in support thereof, having been fully considered,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the action is dismissed with prejudice for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted.

    Dated this 5th day of June, 2015.

_____
JAMES V. SELNA
United States District Judge